IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBBIE A. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv314 |
| | ) | |
| v. | ) | |
| | ) | |
| BOYS TOWN NATIONAL RESEARCH HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 11, 2005, file their Report of Parties' Planning Conference.

DATED September 21, 2005.

/s/ David L. Piester
United States Magistrate Judge