```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

DEBBIE A. WHITE,                    )
                                    )
            Plaintiff,              )         8:05CV314
                                    )
      v.                            )
                                    )
BOYS TOWN NATIONAL RESEARCH         )         MEMORANDUM AND ORDER
HOSPITAL,                           )
                                    )
            Defendant.              )
                                    )
```

This matter is before the court *sua sponte*. On September 21, 2005 the parties were directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting on or before October 11, 2005. Filing 6. On October 14, 2005, a partially completed report was filed by defendant's counsel only. Filing 8.

Fed. R. Civ. P. 26(f) states, "The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court . . . a written report outlining the plan."

IT THEREFORE HEREBY IS ORDERED,

Plaintiff's attorneys are given twenty (20) days to show cause why they should not be cited for contempt or other sanctions, or to complete and file the report as required.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge