```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DEBBIE A. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV314 |
| | ) | |
| v. | ) | |
| | ) | |
| BOYS TOWN NATIONAL RESEARCH HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion, filing 12, to strike filing number 10 is granted and the clerk is directed to strike filing number 10 from the record.

DATED this 16th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge