```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

DEBBIE A. WHITE,              )
                              )
            Plaintiff,        )         8:05CV314
                              )
      v.                      )
                              )
BOYS TOWN NATIONAL RESEARCH   )         ORDER
HOSPITAL,                     )
                              )
            Defendant.        )
                              )
```

IT IS ORDERED:

The Rule 26 telephone planning conference that was set for March 8 is rescheduled to March 30, 2006 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 9th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge