```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

DEBBIE A. WHITE,                  )
                                  )
              Plaintiff,          )         8:05CV314
                                  )
       v.                         )
                                  )
BOYS TOWN NATIONAL RESEARCH       )         ORDER
HOSPITAL,                         )
                                  )
              Defendant.          )
                                  )
```

A Rule 26 telephone planning conference was scheduled for March 8, 2006 at 9:00 a.m. (filing 14), and thereafter continued to this date at 9:00 a.m. (filing 18). Plaintiff's counsel did not place the call as ordered and there has been no continuance granted, nor has one been requested.

IT THEREFORE HEREBY IS ORDERED, plaintiff shall show cause in writing by April 18, 2006, why this case should not be dismissed for failure to prosecute.

DATED this 30th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge