IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBBIE A. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV314 |
| | ) | |
| v. | ) | |
| | ) | |
| BOYS TOWN NATIONAL RESEARCH HOSPITAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff has responded to the show cause order of March 30, 2006.

IT THEREFORE HEREBY IS ORDERED,

The Order to Show Cause, filing 19, is withdrawn and the Rule 26 telephone planning conference is rescheduled to May 2, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED April 25, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge